UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>             Plaintiff,<br><br>     v.<br><br>RATTAN, et al.,<br><br>             Defendants. | No. 2:22-cv-1218 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to stay briefing on defendant's motion for summary judgment pending the completion of discovery. ECF No. 26. Defendant's motion for summary judgment has already been denied without prejudice as premature because it was filed before the close of discovery. ECF No. 25.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay briefing of defendant's motion for summary judgement (ECF No. 26) is DENIED as moot.

DATED: April 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE