UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | No. 2:22-cv-1218 AC P |
| Plaintiff, | |
| v. | ORDER |
| RATTAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request for the court to determine the sufficiency of the defendant's discovery responses, which the court construes as a motion to compel. ECF No. 29.

Plaintiff requests that the court determine the sufficiency of defendant's discovery responses, claiming that defendant has objected to all but eight of his discovery requests, made meritless objections, and provided partial, evasive responses. Id. 29 at 1-2. However, plaintiff fails to specify which responses are at issue, and even assuming he is seeking to compel further responses to all of his requests, plaintiff fails to explain how each response or objection is deficient as to each particular request and instead makes general assertions that the objections are meritless and the responses incomplete. Id. at 1.

> The Court does not hold prisoners proceeding pro se to the same standards that it holds attorneys. However, at a minimum, as the moving party plaintiff bears the burden of informing the court of

1

which discovery requests are the subject of his motion to compel and, for each disputed response, why defendant's objection is not justified.

Waterbury v. Scribner, No. 1:05-cv-0764 OWW DLB PC, 2008 WL 2018432, at *1, 2008 U.S. Dist. LEXIS 53142, at *3 (E.D. Cal. May 8, 2008).

Without further identification as to the requests at issue and elaboration as to why defendant's responses are deficient or the objections are not justified, plaintiff has failed to meet his burden in bringing a motion to compel and the court is unable to evaluate the sufficiency of defendant's responses or the appropriateness of their objections.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's request to determine the sufficiency of defendant's discovery responses (ECF No. 29) is construed as a motion to compel and the Clerk of the Court is directed to update the docket accordingly; and

2. The motion to compel (ECF No. 29) is DENIED without prejudice to a motion in the proper form.

DATED: June 15, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE