UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | No. 2:22-cv-1218 AC P |
| Plaintiff, | |
| v. | ORDER |
| RATTAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request to supplement his motion to compel. ECF No. 31. The request will be denied because the motion he seeks to supplement has already been denied. ECF No. 30.

The court notes that plaintiff's request expresses concern regarding his ability to meet the upcoming deadline for the close of discovery. Plaintiff is reminded that the current deadline for completing discovery, including filing motions to compel, is July 7, 2023. ECF No. 23 at 6. If plaintiff believes he needs additional time, he may file a motion requesting an extension of time. Any such motion should state how much additional time plaintiff needs and why explain why he needs the extension.

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to supplement his motion
2  to compel (ECF No. 31) is DENIED.
3  DATED: June 22, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE