UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RATTAN, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1218 AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Shortly after discovery opened in this case, defendant filed a motion for summary judgment on the merits.  ECF No. 24.  That motion was denied without prejudice as premature, and defendant was advised that he could move for summary judgment on the merits after the close of discovery.  ECF No. 25.  Discovery closed on July 7, 2023, and that same day, the court received plaintiff's motion to compel, which was entered on the docket on July 10, 2023.  ECF No. 33.  On July 11, 2023, defendant filed a notice stating that he was renewing his motion for summary judgment.  ECF No. 34.

　　　　Defendant's notice is ineffective, as the previous motion was denied.  There is no summary judgment motion pending but in abeyance that can be "renewed."  Defendant is free of course to file a new summary judgment motion that reiterates the content of his previous motion, but litigation of such a motion remains premature in light of plaintiff's pending motion to compel.

1

Because that motion may result in the production of evidence that would be material to opposing summary judgment, the dispositive motions deadline will be vacated and re-set once the discovery matter has been resolved. Defendant will have an opportunity to file and serve a motion for summary judgment after the discovery matter has been fully resolved and a new dispositive motion deadline has been set.

      Accordingly, IT IS HEREBY ORDERED that the September 29, 2023 dispositive motions deadline is VACATED and will be re-set upon resolution of plaintiff's motion to compel.

DATED: July 18, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE