UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RATTAN, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1218 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to stay briefing on defendant's motion for summary judgment pending resolution of his pending motion to compel.  ECF No. 37.  He also asserts that defendant has not made a copy of his deposition transcript available to him.  Id.  Plaintiff's motion will be denied as moot because, as the court has already explained, defendant's notice to renew his motion for summary judgment was ineffective.  See ECF No. 35.  There accordingly is no summary judgment pending, and the court has already ordered that a new deadline for such motions will not be set until after the court has resolved plaintiff's motion to compel.  Id.

　　　　With respect to plaintiff's deposition transcript, plaintiff is advised that defendant is not obligated to provide him with a free copy of his deposition transcript and if he wants a copy he will need to order one from the court reporter and pay any associated fees.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay briefing of defendant's motion for summary judgement (ECF No. 35) is DENIED as moot.

DATED: July 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE