UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | No. 2:22-cv-1218 AC P |
| Plaintiff, | |
| v. | ORDER |
| RATTAN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion for reconsideration of the April 3, 2024 order partially granting his motion to compel.  ECF No. 41.  He seeks reconsideration of the denial of his requests to compel further responses to Requests for Production Nos. 2-4, Set 1; Interrogatory Nos. 6-7, Set 1; and request for Admission No. 4, Set 1.  Id.

    Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion."  L.R. 230(j)(3)-(4).  Plaintiff's motion for reconsideration essentially reiterates arguments already made in his motion to compel and does not present any new or different facts or circumstances.  Compare ECF No. 33 at 4-5, 12-13, 19 with ECF No. 41.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
2  No. 41) is DENIED.
3  DATED: May 20, 2024

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE