UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RATTAN, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1218 AC P<br><br><br>ORDER |

Defendant has filed a second motion for an extension of time to provide supplemental responses to plaintiff's requests for admissions. Good cause appearing, the motion will be granted. However, no further extension of time will be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 44) is GRANTED;

2. Defendant shall have until July 15, 2024, to serve supplemental responses to plaintiff's requests for admissions, as set forth in the court's April 3, 2024 order (ECF No. 39); and

3. Plaintiff shall have until August 2, 2024, to file any necessary motions for sanctions.

DATED: May 24, 2024

　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE