1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN HENDERSON,                           No.  2:22-cv-1218 AC P

12                   Plaintiff,

13        v.                                      ORDER

14   RATTAN, et al.,

15                   Defendants.

16

17        Defendant has filed a third motion for extension of time to serve supplemental discovery

18   responses.  ECF No. 47.  Good cause appearing, the motion will be granted.  However, no further

19   extensions of time will be granted absent a showing of extraordinary circumstances.

20        Accordingly, IT IS HEREBY ORDERED that:

21        1.  Defendant's motion for an extension of time (ECF No. 47) is GRANTED;

22        2.  Defendant shall have an additional twenty-one days, up to August 5, 2024, to serve

23   supplemental responses to Plaintiff's Requests for Admission, Set 1, Nos. 1-3, 5, 7, and 12; and

24   Requests for Admission, Set 2, Nos. 3, 5-10, and 13; and

25        3.  Plaintiff shall have until August 23, 2024, to file any necessary motions for sanctions.

26   DATED: July 16, 2024

27                                               _____
                                                 ALLISON CLAIRE
28                                               UNITED STATES MAGISTRATE JUDGE