UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | No. 2:22-cv-1218 AC P |
| Plaintiff, | |
| v. | ORDER |
| RATTAN, et al., | |
| Defendants. | |

By order field July 19, 2023, the undersigned vacated the dispositive motions deadline, to be re-set upon resolution of plaintiff's motion to compel. ECF No. 35. The motion to compel was granted in part (ECF No. 39) and defendant sought several extensions of time to provide supplemental responses as ordered (ECF Nos. 40, 44, 47). Defendant's deadline to serve supplemental responses and plaintiff's deadline to file any motions for sanctions have now passed. See ECF No. 47.

Accordingly, IT IS HEREBY ORDERED that the parties may file dispositive motions within thirty days of the filing of this order.

DATED: September 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE