UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON, | No. 2:22-cv-1218 AC P |
| Plaintiff, | |
| v. | ORDER |
| RATTAN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion for sanctions based on defendant's alleged failure to comply with the court's order directing him to provide supplemental responses to various requests for admission. ECF No. 52.

    The deadline for plaintiff to file a motion for sanctions was August 23, 2024. ECF No. 48. Even giving plaintiff the benefit of the prison mailbox rule, his motion was filed over three weeks after the deadline passed. It was not accompanied by a motion to permit untimely filing or any explanation for the untimeliness. Moreover, the court has reviewed the responses plaintiff alleges are deficient and finds that defendant has complied with the court's order to provide supplemental responses. Defendant's responses are appropriate to requests for admission. With respect to Requests for Admission, Set 1, Nos. 4, 11, 13-17, to which plaintiff asserts no supplemental response was provided (ECF No. 52 at 3-5), defendant was not ordered to provide supplemental responses to these requests (ECF No. 39 at 14).

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (ECF No.
2  52) is DENIED.
3  DATED: September 25, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE