1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN HENDERSON,                        No.  2:22-cv-1218 AC P

12                   Plaintiff,

13          v.                                 ORDER

14   RATTAN, et al.,

15                   Defendants.

16

17          Plaintiff has filed a motion for a thirty-day extension of time to file a response to the

18   defendant's motion for summary judgement.  The current deadline is October 28, 2024.  Although

19   plaintiff does not identify the reasons he requires an extension, the request will be granted.  Any

20   future requests must explain why plaintiff requires additional time to file his response.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's motion for an extension of time (ECF No. 58) is GRANTED; and

23          2.  Plaintiff is granted an additional thirty days up to November 27, 2024, to file a

24   response to defendant's motion for summary judgment.

25   DATED: October 28, 2024

26

27                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE
28